# EXHIBIT C

Law Offices Of

# MCDONNELL & ASSOCIATES, P.C.

Metropolitan Business Center
860 1st Avenue, Suite 5B
King of Prussia, Pennsylvania 19406
Telephone:   610-337-2087
Facsimile:   610-337-2575

**Sharlenn E. Pratt, Esquire**                                                         Rebecca Christie, Paralegal
spratt@mcda-law.com                                                                    rchristie@mcda-law.com
*Admitted in Pennsylvania, New Jersey*
*and New York*

July 27, 2020

<u>Via Email</u>
John M. Makowski, Esquire
Greentree Executive Commons
851 Route 73 North, Suite H
Marlton, New Jersey 08053-1275

      Re:    <u>**Joanna Johnson v. Wal-Mart Stores East, LP et al**</u>
           Docket No.:   GLO-L-000649-20
           Our File No.: 141.153

Dear Counsel:

      Please be advised that our firm represents Defendant Wal-Mart Stores Inc. with regard to the above-referenced matter. Enclosed please find Interrogatories, Supplemental Interrogatories, Requests for Production of Documents, and a Request for Statement of Damages directed towards the Plaintiff. Please respond within the time prescribed by the local rules.

                                Very truly yours,
                                **McDONNELL & ASSOCIATES, P.C.**


                                <u>*/s/ Rebecca Christie*</u>
                                Rebecca Christie, Paralegal to
                                Sharlenn E. Pratt, Esquire

SEP:ric
Enclosure