# EXHIBIT D

Law Offices Of

# McDonnell & Associates, P.C.

Metropolitan Business Center
860 1st Avenue, Suite 5B
King of Prussia, Pennsylvania 19406
Telephone: 610-337-2087
Facsimile:   610-337-2575

**Sharlenn E. Pratt, Esquire**                                                     Rebecca Christie, Paralegal
spratt@mcda-law.com                                                                 rchristie@mcda-law.com
*Admitted in Pennsylvania, New Jersey*
*and New York*

September 28, 2020

**Via Email / Dropbox**
John M. Makowski, Esquire
Greentree Executive Commons
851 Route 73 North, Suite H
Marlton, New Jersey 08053-1275

     Re:    **Joanna Johnson v. Wal-Mart Stores East, LP et al**
             **Docket No.:**   GLO-L-000649-20
             **Our File No.:** 141.153

Dear Counsel:

    Please be advised that our firm represents the Defendant Wal-Mart Stores East, LP with regard to the above-referenced matter. Enclosed please find Defendant's Answers Form C and Form C(2) Interrogatories with related privilege log. Also enclosed is a **confidentiality agreement** that Wal-Mart requires before they will produce certain documents in discovery. These documents are identified in Wal-Mart's discovery responses; however, they will not be produced until an executed agreement is received. Kindly review, execute and return to our office.

    Thank you for your kind attention to this matter.

                                              Very truly yours,
                                              **McDONNELL & ASSOCIATES, P.C.**


                                              */s/ Rebecca Christie*
                                              Rebecca Christie, Paralegal to
                                              Sharlenn E. Pratt, Esquire

SEP:ric
Enclosure