# EXHIBIT F

141.153

**MCDONNELL & ASSOCIATES, P.C.**   *Attorneys for Defendant Wal-Mart Stores East, LP*
By: Patrick McDonnell, Esquire
Attorney I.D. No.: 026781991
Email: pmdonnell@mcda-law.com
By: Sharlenn E. Pratt, Esquire
Attorney I.D. No.: 021592002
Email: spratt@mcda-law.com
860 First Avenue, Unit 5B
King of Prussia, PA 19402
Telephone: (610) 337-2087
Facsimile: (610) 337-2575

| | |
|---|---|
| JOANNA JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES EAST, LP, A FOREIGN LIMITED PARTNERSHIP AUTHORIZED TO DO BUSINESS IN THE STATE OF NEW JERSEY, JOHN DOE 1-100, A FICTITIOUS NAME, X CORPORATION, A FICTITIOUS NAME AND A AND B PARTNERSHIP, A FICTITIOUS NAME, JOINTLY, SEVERALLY AND IN THE ALTERNATIVE,<br><br>　　　　　　Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>GLOUCESTER COUNTY<br><br>DOCKET NO.: GLO-L-000649-20<br><br>Civil Action<br><br>**ORDER** |

**THIS MATTER** having been opened to the Court on the Motion of Sharlenn E. Pratt, Esquire, of McDonnell & Associates, attorneys for Defendant Wal-Mart Stores East, LP, the Court having considered the moving papers, and any response in opposition thereto, and for no cause being shown to the contrary,

　　　IT IS on this __8th__ day of ____January____, 2021; **ORDERED** as follows:

(1) Defendant Walmart Wal-Mart Stores East, LP's Motion to Dismiss is hereby **GRANTED**; and

(2) Plaintiff's Complaint is hereby **DISMISSED** in its entirety without prejudice pursuant to R. 4:23-5(a)(1).

**IT IS FURTHER ORDERED** that a copy of this Order shall be served upon all counsel within seven (7) days of its filing.

/s/ Timothy W. Chell, P.J.Cv.
_____
J.S.C.

[   ]   Contested
[ x ]   Uncontested