# EXHIBIT G

# John M. Makowski

Attorney at Law
Greentree Commons
851 Route 73 North
Suite H
Marlton, New Jersey
08053-1275
856-988-0002

Member of NJ Bar                                                          Fax # 856-988-0922

February 23, 2021

Sharleen E. Pratt, Esquire
McDonnell & Associates, P.C.
860 1ˢᵗ Avenue
Suite 5B
King of Prussia, Pennsylvania  19406

Re:    *Joanna R. Johnson v. Wal-Mart Stores East, PA. et al*
          *Docket #GLO-L-000649-20*

Dear Ms. Pratt:

         Enclosed you will find fully responsive answers to interrogatories and documents in the above matter.

         Thank you for your kind assistance and cooperation in this matter.

Very truly yours,

**JOHN M. MAKOWSKI**
JMM:sb
Enclosures
cc:  Joanna R. Johnson