# EXHIBIT H

JOHN M. MAKOWSKI, ESQUIRE
Attorney ID#16601984
Greentree Executive Commons
851 Route 73 North
Suite H
Marlton, New Jersey 08053-1275
856-988-0002

Attorney for Plaintiff, JOANNA R. JOHNSON

| | |
|---|---|
| JOANNA R. JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES EAST, LP,<br>ET AL<br><br>Defendant. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>GLOUCESTER COUNTY<br><br>Docket No.: GLO-L-000649-20<br><br>CIVIL ACTION<br><br>NOTICE OF MOTION<br>TO REINSTATE COMPLAINT OF PLAINTIFF,<br>JOANNA R. JOHNSON<br>DATED: FEBRUARY 23, 2021<br>RETURNABLE ON MARCH 19, 2020 AT 9:00 A.M. |

TO:  Sharleen E. Pratt, Esquire
     McDonnell & Associates, P.C.
     860 1st Avenue
     Suite 5B
     King of Prussia, Pennsylvania 19406

PLEASE TAKE NOTICE that the undersigned, attorney for the Plaintiff, JOANNA R. JOHNSON, will apply by way of Motion to the Superior Court of New Jersey, Law Division, Gloucester County Court House, 1 North Broad Street, Woodbury, New Jersey on Friday, March

1

19, 2021 at 9:00 a.m. or as soon thereafter as counsel may be heard for an Order reinstating the Plaintiff's Complaint.

The undersigned will rely upon *R.* 4:23-5(a)(1) and the attached Certification in support of this motion.

Pursuant to *R.* 1:6-2, the undersigned does not request oral argument unless opposed.

Dated: **February 23, 2021**             */s/ John M. Makowski, Esquire*
                                          JOHN M. MAKOWSKI, ESQUIRE
                                          Attorney for the Plaintiff, JOANNA R. JOHNSON

JOHN M. MAKOWSKI, ESQUIRE
Attorney ID#016601984
Greentree Executive Commons
851 Route 73 North
Suite H
Marlton, New Jersey 08053-1275
856-988-0002

Attorney for Plaintiff, JOANNA R. JOHNSON

| | |
|---|---|
| JOANNA R. JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES EAST, LP, et al,<br><br>Defendant. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>GLOUCESTER COUNTY<br><br>Docket No.:  GLO-L-000649-20<br><br>*CIVIL ACTION*<br><br>**ORDER**<br>VACATING DISMISSAL ENTERED JANUARY 8, 2021<br>FROM HEARING OF MARCH 19, 2021 |

THIS MATTER having been opened to the Court by John M. Makowski, Esquire, attorney for the Plaintiff, JOANNA R. JOHNSON; and the Court having reviewed the pleadings; and for good cause shown:

IT IS on this day           of                           , 2021 ORDERED as follows:

1. The dismissal of the Complaint of the Plaintiff is hereby vacated pursuant to the provision of *R.* 4:23-5(a)(1) and the matter is hereby returned to the docket.

1

    2. A copy of this Order will be served upon all parties within _____ days of the date of the Order.

_____
J.S.C.

**Opposed** _____

**Unopposed** _____

2

JOHN M. MAKOWSKI, ESQUIRE
Attorney ID#016601984
Greentree Executive Commons
851 Route 73 North
Suite H
Marlton, New Jersey 08053-1275
856-988-0002

Attorney for Plaintiff, JOANNA R. JOHNSON

| | |
|---|---|
| JOANNA R. JOHNSON,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>WAL-MART STORES EAST, LP,<br><br>　　　　　　　　　　Defendant. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>GLOUCESTER COUNTY<br><br>Docket No.: BUR-L-002021-19<br><br>*CIVIL ACTION*<br><br>CERTIFICATION IN SUPPORT<br>OF MOTION TO VACATE DISMISSAL<br>FOR FAILURE<br>TO MAKE DISCOVERY |

I, JOHN M. MAKOWSKI, ESQUIRE, of full age, do hereby certify as follows:

1. I am the attorney for the Plaintiff, JOANNA R. JOHNSON, in the above matter, am fully familiar with the matter and make this Certification in support of my client's Motion to vacate the dismissal of her Complaint against the Defendants for failure to make discovery.

2. The Plaintiff's Complaint was dismissed by Order entered on January 8, 2021 by the Honorable Timothy W. Chell, P.J.Cv. Attached hereto and made a part hereof as *Exhibit A* is a copy of that Order.

1

3. The Plaintiff forwarded fully responsive Answers to Interrogatories and responses to the Notice to Produce to the Defendant on February 23, 2021 under separate cover.

4. Pursuant to the provisions of *R.* 4:23-5(a)(1), the Plaintiff has satisfied the requirements for the reinstatement of her Complaint and the vacation of the dismissal Order entered on January 8, 2021. The Plaintiff has also tendered the amount of $300.00 to the Treasurer, State of New Jersey by attorney judicial account. Therefore, the Plaintiff respectfully requests that the Order Dismissing the Complaint for Failure to Answer Interrogatories be vacated and the matter returned to the docket.

5. I certify that the foregoing statements made by me are true to the best of my knowledge and belief. I am aware that any willfully false statements made by me will subject me to punishment.

Dated: **February 23, 2021**            */s/ John M. Makowski, Esquire*
                                         JOHN M. MAKOWSKI, ESQUIRE
                                         Attorney for the Plaintiff, JOANNA R. JOHNSON

Joanna R. Johnson vs. Wal-Mart Stores East, L.P., et al
Docket No.: GLO-L-000649-20

# Exhibit A

141.153

**MCDONNELL & ASSOCIATES, P.C.**   *Attorneys for Defendant Wal-Mart Stores East, LP*
By: Patrick McDonnell, Esquire
Attorney I.D. No.: 026781991
Email: pmdonnell@mcda-law.com
By: Sharlenn E. Pratt, Esquire
Attorney I.D. No.: 021592002
Email: spratt@mcda-law.com
860 First Avenue, Unit 5B
King of Prussia, PA 19402
Telephone: (610) 337-2087
Facsimile: (610) 337-2575

| | |
|---|---|
| JOANNA JOHNSON,<br><br>            Plaintiff,<br><br>v.<br><br>WAL-MART STORES EAST, LP, A FOREIGN LIMITED PARTNERSHIP AUTHORIZED TO DO BUSINESS IN THE STATE OF NEW JERSEY, JOHN DOE 1-100, A FICTITIOUS NAME, X CORPORATION, A FICTITIOUS NAME AND A AND B PARTNERSHIP, A FICTITIOUS NAME, JOINTLY, SEVERALLY AND IN THE ALTERNATIVE,<br><br>            Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>GLOUCESTER COUNTY<br><br>DOCKET NO.: GLO-L-000649-20<br><br>Civil Action<br><br>**ORDER** |

**THIS MATTER** having been opened to the Court on the Motion of Sharlenn E. Pratt, Esquire, of McDonnell & Associates, attorneys for Defendant Wal-Mart Stores East, LP, the Court having considered the moving papers, and any response in opposition thereto, and for no cause being shown to the contrary,

IT IS on this ___8th___ day of ___January___, 2021; **ORDERED** as follows:

(1) Defendant Walmart Wal-Mart Stores East, LP's Motion to Dismiss is hereby **GRANTED**; and

(2) Plaintiff's Complaint is hereby **DISMISSED** in its entirety without prejudice pursuant to R. 4:23-5(a)(1).

**IT IS FURTHER ORDERED** that a copy of this Order shall be served upon all counsel within seven (7) days of its filing.

/s/ Timothy W. Chell, P.J.Cv.
_____
J.S.C.

[   ]   Contested
[ x ]   Uncontested

JOHN M. MAKOWSKI, ESQUIRE
Attorney ID#016601984
Greentree Executive Commons
851 Route 73 North
Suite H
Marlton, New Jersey 08053-1275
856-988-0002

Attorney for Plaintiff, JOANNA R. JOHNSON

| | |
|---|---|
| JOANNA R. JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES EAST, L.P.,<br>et al,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>GLOUCESTER COUNTY<br><br>Docket No.: GLO-L-001065-19<br><br>*CIVIL ACTION*<br><br>CERTIFICATE OF SERVICE<br>DATED: FEBRUARY 23, 2021<br>RETURNABLE ON MARCH 19, 2021 AT 9:00 AM |

    I, John M. Makowski, Esquire, hereby certify that on February 23, 2021, I electronically filed with the Clerk of the Superior Court, Law Division, Gloucester County Courthouse, 1 North Broad Street, Woodbury, New Jersey, 08096, the original of the Plaintiff's Motion to Reinstate Complaint for Failure to Make Discovery with supporting documents and a true and correct courtesy copy of the Plaintiff's Motion to Reinstate Complaint for Failure to Make Discovery with supporting documents was forwarded to the attorney for the Defendant, WAL-MART STORES EAST, L.P., by regular mail and electronically to Patrick McDonnell, Esquire, and

1

Sharlenn E. Pratt, Esquire, McDonell & Associates, P.C., 860 First Avenue, Unit 5B, King of Prussia, Pennsylvania, 19402, PMDONNELL@MCDA-LAW.COM and SPRATT@MCDA-LAW.COM.

Dated: **February 23, 2021**              */s/ John M. Makowski*
                                          **JOHN M. MAKOWSKI, ESQUIRE**
                                          Attorney for the Plaintiff, JOANNA R. JOHNSON