# EXHIBIT I

JOHN M. MAKOWSKI, ESQUIRE
Attorney ID#016601984
Greentree Executive Commons
851 Route 73 North
Suite H
Marlton, New Jersey 08053-1275
856-988-0002

Attorney for Plaintiff, JOANNA R. JOHNSON

| | |
|---|---|
| JOANNA R. JOHNSON, <br><br> Plaintiff, <br><br> vs. <br><br> WAL-MART STORES EAST, LP, et al, <br><br> Defendant. | SUPERIOR COURT OF NEW JERSEY <br> LAW DIVISION <br> GLOUCESTER COUNTY <br><br> Docket No.: **GLO-L-000649-20** <br><br> *CIVIL ACTION* <br><br> **ORDER** <br> VACATING DISMISSAL ENTERED JANUARY 8, 2021 <br> FROM HEARING OF MARCH 19, 2021 |

THIS MATTER having been opened to the Court by John M. Makowski, Esquire, attorney for the Plaintiff, JOANNA R. JOHNSON; and the Court having reviewed the pleadings; and for good cause shown:

IT IS on this day 19th of March, 2021 ORDERED as follows:

1. The dismissal of the Complaint of the Plaintiff is hereby vacated pursuant to the provision of *R.* 4:23-5(a)(1) and the matter is hereby returned to the docket.

1

    2. A copy of this Order will be served upon all parties within __7__ days of the date of the Order.

/s/ Timothy W. Chell, P.J.Cv.
_____
**J.S.C.**

**Opposed** _____

**Unopposed** __x____