# EXHIBIT J

# John M. Makowski

Attorney at Law
Greentree Commons
851 Route 73 North
Suite H
Marlton, New Jersey
08053-1275
856-988-0002

Member of NJ Bar

Fax # 856-988-0922

April 14, 2021

Sharlenn E. Pratt, Esquire
McDonnell & Associates, P.C.
860 1st Avenue
Suite 5B
King of Prussia, Pennsylvania  19406

Re:    *Joanna R. Johnson v. Wal-Mart Stores East, PA. et al*
        *Docket #GLO-L-000649-20*

Dear Ms. Pratt:

      Pursuant to our telephone conversation of yesterday, please be advised that my client makes a demand for settlement in the above matter in the amount of $250,000.00.  This demand is based on the following:



Sharlenn E. Pratt, Esquire
Re:  Joanna Johnson vs. Walmart
April 14, 2021
Page 2 of 3



Sharlenn E. Pratt, Esquire
Re:  Joanna Johnson vs. Walmart
April 14, 2021
Page 3 of 3



Very truly yours,

*/s/ John M. Makowski*

**JOHN M. MAKOWSKI**
JMM:sb
cc:  Joanna R. Johnson