IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOANNA JOHNSON,<br><br>                 Plaintiff,<br><br>v.<br><br>WAL-MART STORES EAST, LP, A FOREIGN LIMITED PARTNERSHIP AUTHORIZED TO DO BUSINESS IN THE STATE OF NEW JERSEY, JOHN DOE 1-100, A FICTITIOUS NAME, X CORPORATION, A FICTITIOUS NAME AND A AND B PARTNERSHIP, A FICTITIOUS NAME, JOINTLY, SEVERALLY AND IN THE ALTERNATIVE,<br><br>                 Defendants. | CIVIL ACTION<br><br>CASE NO.<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, Sharlenn E. Pratt, Esquire, hereby certify that I served a true and correct copy of Defendant Wal-Mart Stores East, LP's, Notice of Removal to the United States District Court for the District of New Jersey has been sent to all opposing counsel of record by electronic mail on April 16, 2021 as noted below:

John M. Makowski, Esquire
Greentree Executive Commons
851 Route 73 North, Suite H
Marlton, New Jersey 08053-1275
*Attorneys for Plaintiff*

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**McDONNELL & ASSOCIATES, P.C.**

Dated: April 16, 2021        By:     /s/ *Sharlenn E. Pratt*
                                                           Sharlenn E. Pratt, Esquire