IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOANNA JOHNSON,<br><br>      Plaintiff,<br><br> v.<br><br>WAL-MART STORES EAST, LP, A FOREIGN LIMITED PARTNERSHIP AUTHORIZED TO DO BUSINESS IN THE STATE OF NEW JERSEY, JOHN DOE 1-100, A FICTITIOUS NAME, X CORPORATION, A FICTITIOUS NAME AND A AND B PARTNERSHIP, A FICTITIOUS NAME, JOINTLY, SEVERALLY AND IN THE ALTERNATIVE,<br><br>      Defendants. | CIVIL ACTION<br><br>CASE NO. 21-cv-9536<br><br>JURY TRIAL DEMANDED |

**F.R.C.P. 7.1 DISCLOSURE STATEMENT OF**
**DEFENDANT WAL-MART STORES EAST, LP**

  The nongovernmental corporate party, <u>Wal-Mart Stores East, LP</u>, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

  Walmart Inc. (formerly known as Wal-Mart Stores, Inc.)

                **McDONNELL & ASSOCIATES, PC**

Date: April 16, 2021         /s/ Sharlenn E. Pratt
                Patrick J. McDonnell, Esquire
                Attorney I.D. No.   62310
                Sharlenn E. Pratt, Esquire
                Attorney I.D. No. 91628
                The Metropolitan Business Center
                860 First Avenue, Suite 5B
                King of Prussia, PA  19406
                (T) 610.337.2087 (F) 610.337.2575
                *Attorneys for Defendants*