IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JOANNA JOHNSON,<br><br>                Plaintiff,<br><br>v.<br><br>WAL-MART STORES EAST LP et al.,<br><br>                Defendants. | Civil No. 21-9536 (RBK/SAK) |

## SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel during the initial scheduling conference held pursuant to Rule 16, Federal Rules of Civil Procedure on **May 12, 2021**; and the Court noting the following appearances: John M. Makowski, Esquire, appearing on behalf of the plaintiff; and Sharlenn E. Pratt, Esquire, appearing on behalf of the defendant; and for good cause shown:

IT IS this **12th** day of **May, 2021**, hereby **ORDERED**:

    1.    Counsel shall make FED. R. CIV. P. 26(a) disclosures on or before **May 19, 2021**.

    2.    Plaintiff's counsel shall file a letter with the Court by **May 27, 2021** stating that the parties have conferred pursuant to Local Civil Rules 26.1(b)(2) and 26.1(d) concerning discovery of digital information and advise whether the parties have agreed on computer-based and other digital discovery matters.

    3.    The time within which to seek amendments to the pleadings or to add new parties will expire on **August 16, 2021**.

    4.    Pretrial factual discovery will expire on **September 15, 2021**. All pretrial discovery shall be concluded by that date. All discovery disputes shall be presented to the Court in accordance with Local Civil Rule 37.1(a)(1) before the expiration of pretrial factual discovery.

    5.    **Discovery Applications.** All discovery applications pursuant to Local Civil Rule 37.1(a)(1) shall include an Affidavit or Certification that includes the information identified in Local Civil Rule 37.1(b)(1). Absent exigent circumstances, the Court expects parties to "meet and confer" in person or via telephone before making a discovery application, rather than just exchanging letters or e-mails.

6. **Depositions.** All depositions are to be conducted in accordance with the procedures set forth in the order of Judge Gawthrop, in *Hall v. Clifton Precision*, 150 F.R.D. 525 (E.D. Pa. 1993).

7. All expert reports and expert disclosures pursuant to FED. R. CIV. P. 26(a)(2) on behalf of plaintiff shall be served upon counsel for defendant not later than **October 15, 2021**. All expert reports and expert disclosures pursuant to FED. R. CIV. P. 26(a)(2) on behalf of defendant shall be served upon counsel for plaintiff not later than **November 15, 2021**. Each such report should be accompanied by the *curriculum vitae* of the proposed expert witness. No expert opinion testimony shall be admitted at trial with respect to any witness for whom this procedure has not been timely followed. Depositions of proposed expert witnesses shall be concluded by **January 14, 2022**.

For purposes of this Scheduling Order, treating physicians shall not be considered expert witnesses and shall be treated as fact witnesses who are, however, required to provide reports and records concerning their treatment. However, any doctor who is going to express an opinion as to the cause of a particular condition or as to the future prognosis of a particular condition, shall be considered an expert subject to the requirement of FED. R. CIV. P. 26(a)(2)(B).

The parties shall also exchange, in accordance with the foregoing schedule, written statements identifying all opinion testimony counsel and the parties anticipate will be presented at trial pursuant to F. R. EVID. 701 and *Teen-Ed v. Kimball Int'l, Inc.*, 620 F.2d 399 (3d Cir. 1980).

8. **Dispositive Motions.** Dispositive motions shall be filed with the Clerk of the Court no later than **February 14, 2022**. Opposition to the motion should be served in a timely fashion. Counsel are to follow Local Civil Rules 7.1, 7.2, 56.1 and 78.1 (Motion Practice - Generally).

9. The Court will conduct a telephone status conference on **August 19, 2021 at 10:30 a.m.** All counsel shall dial **1-888-278-0296, Access Code: 2961061#** to connect to the call.

10. The Court will conduct a telephone settlement conference on **September 15, 2021 at 10:00 a.m.** All counsel shall dial **1-888-278-0296, Access Code: 2961061#** to connect to the call.

11. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

s/ Sharon A. King
SHARON A. KING
United States Magistrate Judge

cc:  Hon. Robert B. Kugler