**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| JOANNA JOHNSON,<br><br>     Plaintiff,<br><br>  v.<br><br>WAL-MART STORES EAST, LP, A FOREIGN LIMITED PARTNERSHIP AUTHORIZED TO DO BUSINESS IN THE STATE OF NEW JERSEY, JOHN DOE 1-100, A FICTITIOUS NAME, X CORPORATION, A FICTITIOUS NAME AND A AND B PARTNERSHIP, A FICTITIOUS NAME, JOINTLY, SEVERALLY AND IN THE ALTERNATIVE,<br><br>     Defendants. | CIVIL ACTION<br><br>CASE NO. 21-cv-9536<br><br><br>JURY TRIAL DEMANDED |

**DISCLOSURE STATEMENT REGARDING THIRD-PARTY LITIGATION FUNDING
PURSUANT TO L. CIV. R. 7.1.1**

The undersigned counsel for Defendant, Wal-Mart Stores East, LP, hereby certifies that no third-party persons or entities are providing funding for some or all of the attorneys' fees and expenses for the litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

Respectfully submitted,
**MCDONNELL & ASSOCIATES, P.C.**

Dated: August 5, 2021      By:   _/s/ Sharlenn E. Pratt_
                Patrick J. McDonnell, Esquire
                Sharlenn E. Pratt, Esquire
                _Attorneys for Defendants Wal-Mart_
                _Stores East, LP_