THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JOANNA JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES EAST, LP et al.,<br><br>Defendants. | Civil No. 21-9536 (RBK/SAK) |

**AMENDED SCHEDULING ORDER**

This Amended Scheduling Order confirms the directives given to counsel at the status conference held pursuant to Rule 16, Federal Rules of Civil Procedure on **August 19, 2021**; and the Court noting the following appearances: **John Makowski, Esquire**, appearing on behalf of Plaintiff; and **Sharlene Pratt, Esquire**, appearing on behalf of Defendants; and for good cause shown:

IT IS this **20th** day of **August, 2021**, hereby **ORDERED**:

1. **All deadlines set forth in the May 12, 2021 Scheduling Order [ECF No. 6] shall remain in effect.**

2. The settlement conference scheduled for September 15, 2021 is being moved to **September 29, 2021 at 2:00 p.m.** *via* **Zoom Video**. Counsel are advised that the Court requires the client(s) and an agent/person with full settlement authority to attend the conference. All parties shall follow the Judge's preferences when filing settlement memoranda. Each party shall provide the Court with the name(s) and email address(es) of those who will attend the settlement conference and submit a settlement memorandum to the Court by email at least three (3) business days before the scheduled settlement conference. The memorandum should not exceed five (5) pages, including exhibits. If additional exhibits are desired, the parties may offer them during the conference. Email the name(s) and email address(es) of those who will attend the settlement conference and memoranda to **njdnef_king@njd.uscourts.gov**.

3. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under FED. R. CIV. P. 16(b),

and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

s/ Sharon A. King<br>
SHARON A. KING<br>
United States Magistrate Judge

cc: Hon. Robert B. Kugler, U.S.D.J.